

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Ex parte Timothy Patrick Lee,                    * From the County Court
                                                                     of Gaines County
                                                                     Trial Court No. 18,832.

No. 11-18-00018-CR                              * June 28, 2018

                                                                     * Memorandum Opinion by Wright, S.C.J.
                                                                     (Panel consists of: Willson, J.,
                                                                     Bailey, J., and Wright, S.C.J.,
                                                                     sitting by assignment)

        This court has inspected the record in this cause and concludes that there is no error in the order below.  Therefore, in accordance with this court's opinion, we affirm the order of the trial court.